

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MICHAEL EBERLE, | § | No. 08-12-00354-CV |
| Appellant, | § | Appeal from |
| v. | § | 112th District Court |
| KEVIN PINNEY, | § | of Pecos County, Texas |
| Appellee. | § | (TC # DC-02-74) |
| | § | |

## <u>MEMORANDUM OPINION</u>

Pending before the Court is Appellant's motion to dismiss this appeal pursuant to TEX.R.APP.P. 42.1(a)(1) because Appellant no longer desires to prosecute the appeal. We grant the motion and dismiss the appeal with prejudice. Because Appellant is indigent, we make no order regarding costs. *See* TEX.R.APP.P. 42.1(d).

April 30, 2013

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.